*Thursday, December 7, 2000*

## RECONSIDERATION DOCKET

**00–941.  In re Howard.**
Greene App. No. 98CA132. Reported at 90 Ohio St.3d 1464, 738 N.E.2d 378. IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**00–1774.  State ex rel. Howard v. Lewandowski.**
Lucas App. No. L–00–1189. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. It appears from the records of this court that appellant has not filed a merit brief, due December 4, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration therefore,
     IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte.*

**00–1775.  Howard v. Franks.**
Lucas App. No. L–00–1163. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. It appears from the records of this court that appellant has not filed a merit brief, due December 4, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration therefore,
     IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte.*